Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-00005 |
| ) | Judge Trauger |
| ERICA LYNN HAMPTON ) | |

### MOTION FOR AN ORDER OF FORFEITURE CONSISTING OF A $69,540.01 UNITED STATES CURRENCY MONEY JUDGMENT

The United States of America, by its undersigned counsel, pursuant to Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure, moves upon acceptance of Defendant's plea of guilty to Counts Fifteen and Twenty-One by the Court of the Indictment in the above-styled case, for an Order of Forfeiture consisting of a $69,540.01 United States Currency Money Judgment against Defendant on Counts Fifteen and Twenty-One of the Indictment.

A memorandum of law and facts is filed in support of this motion. Additionally, a proposed Order is attached hereto for the Court's convenience.

                                        Respectfully submitted,

                                        JERRY E. MARTIN
                                        United States Attorney

                                        By:   /s Sandra G. Moses
                                        SANDRA G. MOSES
                                        Assistant U.S. Attorney
                                        110 Ninth Avenue South, Suite A-961
                                        Nashville, Tennessee 37203
                                        Telephone: (615) 736-5151
                                        Facsimile:  (615) 736-5323